UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| TROY BULLOCK, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC, *et al.*, <br><br> Defendants. | Case No. 8:14-cv-03836-PJM |

**AFFIDAVIT OF CRYSTAL KEARSE OF OCWEN FINANCIAL CORPORATION**

1.   I am a Senior Loan Analyst for Ocwen Financial Corporation, whose indirect subsidiary is Ocwen Loan Servicing LLC ("Ocwen"), the current servicer for the mortgage loan at issue in this matter. I am authorized to make this Certification on behalf of Ocwen.

2.   I make this Affidavit on personal knowledge, the source of which is my professional responsibilities and duties as an Ocwen Financial Corporation employee, and my review of Ocwen business records. If called to testify in this matter, I would testify to the matters set forth herein. I affirm that I am competent to make the following statements.

3.   I have knowledge of the matters relating to the Plaintiff's loan as set forth herein based on my review of Ocwen's business records. I have personal knowledge of Ocwen's procedures for creating these business records, including that they are made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge, they are maintained in the course of

Ocwen's regularly conducted business activities, and it is the regular practice of Ocwen to make such records.

4. I have reviewed the business records of Ocwen to determine when Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT3, Asset-Backed Certificates, Series 2006-OPT3 ("Deutsche Bank") acquired the Plaintiff's mortgage loan.

5. Plaintiff acquired a $213,750.00 loan from Option One Mortgage Corporation on March 15, 2006, the terms of which in a note (the "Note"). A true and correct copy of the Note is attached hereto as **Exhibit 1**.

6. To secure the Note, Plaintiff executed and delivered a deed of trust, dated March 15, 2006, which was recorded among the Land Records of Prince George's County on October 27, 2006 at Liber 26288, folio 701 *et seq.* (the "Deed of Trust"). A true and correct copy of the Deed of Trust is attached hereto as **Exhibit 2**.

7. The original loan number of the Plaintiff's mortgage loan ended in 7991. Both the Note and Deed of Trust reflected this loan number.

8. On or before May 12, 2006, Deutsche Bank acquired the Plaintiff's loan as trustee of a trust through the securitization of a pool of loans. The terms of this securitization and sale was reflected in a pooling and servicing agreement dated May 1, 2006 (the "Pooling and Servicing Agreement"). A true and correct copy of the Pooling and Servicing Agreement is available at http://www.sec.gov/Archives/edgar/data/1359053/000088237706001941/d501480_ex4-1.htm.

9. The Pooling and Servicing Agreement defines the Custodian of the agreement as Wells Fargo Bank, N.A. ("Wells Fargo").

10. I have reviewed Ocwen's business records and confirmed that Wells Fargo, as custodian for Plaintiff, first received the original Note on March 24, 2006. A review of the Ocwen's business records reflects that, pursuant to the Pooling and Servicing Agreement, Wells Fargo retained the collateral file of the securitized loans, including the Plaintiff's. Indeed, Wells Fargo obtained the Plaintiff's original Note on March 24, 2006.

11. Based upon this information, Plaintiff's Note was included among the pool of loans acquired by Deutsche Bank on or before May 12, 2006 and Deutsche Bank has been in possession of the Note since March 24, 2006.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

EXECUTED THIS 28th DAY OF September 2015.

BY: _____

NAME: Crystal Kearse

Title: Senior Loan Analyst for Ocwen Financial Corporation, whose indirect subsidiary is Ocwen Loan Servicing LLC